ACCEPTED
04-15-00543-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/2/2015 11:14:50 AM
KEITH HOTTLE
CLERK

04-15-00543-CV

NO. 2015 PC 1702

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/2/2015 11:14:50 AM
KEITH E. HOTTLE
Clerk

| | |
|---|---|
| IN THE MATTER OF | § IN THE PROBATE COURT |
| | § |
| THE GUARDIANSHIP OF | § NUMBER TWO |
| | § |
| BERTHA GUERRERO | § |
| An Incapacitated Person | § BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

JUAN GUERRERO, a party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on June 5, 2015.

JUAN GUERRERO desires to appeal from this judgment.

This appeal is being taken to the Fourth Court of Appeals.

This notice is being filed by JUAN GUERRERO.

Respectfully submitted,

LAW OFFICES OF
JOHN D. WENNERMARK
1924 N. Main Avenue
San Antonio, TX  78212
Phone: (210) 226-6262
Fax: (210) 225-1351

By: /S/ *John D. Wennermark*
JOHN D. WENNERMARK
State Bar No. 21177000
Email: johnwennermark@hotmail.com
Attorney for JUAN GUERRERO

1

## CERTIFICATE OF SERVICE

I certify that on September 2, 2015 a true and correct copy of Defendant's Notice of Appeal was served by fax on Kathleen Whitehead at 3004 Nacogdoches Rd., San Antonio, TX 78217, Fax: (210) 804-1298.

/S/ *John D. Wennermark*

JOHN D. WENNERMARK